UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER JOSHUA LABRECK,
Plaintiff,

Case No. 1:16-cv-00801-SLR

Hon. Sue L. Robinson

vs

BANK OF AMERICA, NA, et al,
Defendants.
/

MOTION FOR COURT ORDERED SERVICE OF SUMMONS AND COMPLAINT

Now comes, Plaintiff, Peter Joshua LaBreck, In Pro Per and hereby moves this Honorable Court for an Order directing the United States Marshal Service to immediately serve a copy of the Summons and Complaint upon each Defendant.

Plaintiff states the following in support of his motion:

1.) Plaintiff is indigent and incarcerated: he has no way to cause service of the Summons and Complaint upon Defendants.

2.) Federal Rules of Civil Procedure require the United States Marshal Service to serve the Summons and Complaint for an indigent Plaintiff.

3.) Long standing case law supports/requires the United States Marshal Service being Ordered to serve the Summons and Complaint on behalf of an indigent, incarcerated Plaintiff.

4.) To the best of Plaintiff's Knowledge, information, and belief, (as determined by an Internet search), both Defendants (1. Bank of America, NA and. 2. Brian Moynihan, Bank of America's Chief Executive Officer) business address of record is either:

Bank of America, NA
Legal Order Processing
800 Samoset Drive
DES-024-02-08
Newark, DE 19713

Bank of America, NA
Legal Order Processing
P.O. Box 15047
Wilmington, DE 19850-5047

For the reasons listed above Plaintiff asks the Court to Order the United States Marshal Service to immediately serve a copy of the Summons and Complaint upon each Defendant at both/either-or addresses of record.

Respectfully submitted by:

FILED
NOV 17 2016
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

[signature]

Peter LaBreck
1170 Michigan Road
Port Huron, MI 48060


Peter LaBreck #166061
1170 Michigan Rd.
Port Huron, MI 48060
This mail originates from
The St. Clair County Jail
U.S. District Court
Clerks Office
844 N. King St., Lock Box
Wilmington, DE
19801
19801-357099
FOREVER
USA
FILED
NOV 17 2016
U.S. DISTRICT COURT
DISTRICT OF DELAWARE